United States District Court
Southern District of Texas
**ENTERED**
September 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MILES FLORES PENA,<br>E-1289-20<br>TDCJ # 02502272 | § § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 7:23-CV-166 |
| VS. | § § § | |
| J.E. EDDIE GUERRA, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Miles Flores Pena initially filed a civil rights action pursuant to 42 U.S.C. § 1983, which had been referred to the Magistrate Court for a report and recommendation. Pena then filed a motion for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.[1] Shortly thereafter, Pena filed a letter motion seeking to continue his case.[2] That motion was referred to the Magistrate Court.[3] On July 24, 2024, the Magistrate Court issued the Report and Recommendation, recommending that Pena's letter/motion of May 30, 2024,[4] be construed as a Rule 60(b) motion to vacate the Rule 41(a)(1)(A)(i) voluntary dismissal, that the letter/motion be denied**,** and that the Clerk of Court be instructed to administratively close this case. It was further recommended that Pena's request for the appointment of counsel contained in his letter/motion be denied as moot. The time for filing objections has passed and no objections have been filed.

---

[1] Dkt. No. 14.
[2] Dkt. No. 22.
[3] Dkt. No. 23.
[4] Dkt. No. 22.

1

2

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error.[5] Finding no clear error, the Court adopts the Report and Recommendation in its entirety.

Accordingly, it is **ORDERED** that Pena's letter/motion of May 30, 2024,[6] is construed as a Rule 60(b) motion to vacate the Rule 41(a)(1)(A)(i) voluntary dismissal, the letter/motion is **DENIED,** Pena's request for the appointment of counsel contained in his letter/motion is **DENIED AS MOOT**, and the Clerk of Court is instructed to administratively close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 4th of September, 2024.

_____
Micaela Alvarez
Senior United States District Judge

---

[5] As noted by the Fifth Circuit, "[t]he advisory committee's note to Rule 72(b) states that '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Douglas v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)), *superceded by statute on other grounds by* 28 U.S.C. § 636(b)(1), as stated in *ACS Recovery Servs., Inc. v. Griffin*, No. 11-40446, 2012 WL 1071216, at *7 n.5 (5th Cir. Apr. 2, 2012).

[6] Dkt. No. 22.